JS-6

1  Stacy L. Fode, Esq. (SBN 199883)
2  Fode@brownlawgroup.com
   Luis E. Lorenzana, Esq. (SBN 248162)
3  Lorenzana@brownlawgroup.com
   BROWN LAW GROUP
4  600 B Street, Suite 1650
   San Diego, California 92101
5  Telephone: (619) 330-1700 /Facsimile: (619) 330-1701
   Attorneys for Defendant, Xerox Education
6  Services, LLC d/b/a ACS Education Services

7

8  Todd Friedman, Esq. (SBN 216752)
   tfriedman@attorneysforconsumers.com
9  Suren N. Weerasuriya, Esq. (SBN 278512)
   SWeerasuriya@attorneysforconsumers.com
10 Law Offices of Todd M. Friedman, P.C.
11 324 S. Beverly Dr., #725
   Beverly Hills, CA 90212
12 Telephone: (877) 206-4741 /Facsimile: (866) 633-0228
   Attorney for Plaintiff, Patrick Urrutia
13

14

15            **UNITED STATES DISTRICT COURT**

16         **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

17

18 | PATRICK URRUTIA, an individual, ) | CASE NO.: CV 14-5924-GW(PLAx)
19 |                 Plaintiff,       )
20 |         v.                       ) | **ORDER REGARDING STIPULATION FOR DISMISSAL WITH PREJUDICE**
21 |                                  )
22 | XEROX EDUCATION SERVICES,        )
   | LLC d/b/a ACS EDUCATION          )
23 | SERVICES,                        )
24 |                 Defendants.      )
25 |                                  )

26     TO ALL INTERESTED PARTIES:

27     The Court having received the Stipulation for Dismissal of Plaintiff Patrick

28 Urrutia's claims against Defendant Xerox Education Services, LLC's, d/b/a ACS

---

*Patrick Urrutia v. Xerox Education Services*                    Case No.: 2:14-CV-05924-GW-PLA
**[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL**                                   Page - 1 -

1  Education Services ("Defendant"), signed by all parties, hereby dismisses
2  Defendant <u>with prejudice</u> from the above-captioned action, and thereby closes this
3  action.
4      IT IS SO ORDERED.
5
6
7  DATED:    December 17, 2014    _____
8                                       The Honorable George H. Wu
9                                       United States District Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28